BLUE MOUNTAIN ACTION COUNCIL, *Appellant,* v. THE
WASHINGTON WATER POWER COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 81–2–00452–8, Hewitt A. Henry, J.,

entered August 9, 1982. *Affirmed* by unpublished per curiam opinion.